# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALEXANDER LEISTER,

    Plaintiff,

v.     Case No:   6:24-cv-511-WWB-LHP

LEGAL ACTION BUREAU, INC.,

    Defendant

---

## ORDER

Upon consideration of Plaintiff's Motion to Quash Service (Doc. No. 12),[1] the April 25, 2024 Verified Return of Service (Doc. No. 9) is hereby **STRICKEN**.  It is **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Order to properly effect service on Defendant and file proof thereof.

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff's Motion to Quash Service fails to comply with Local Rule 3.01(a).  Going forward, future filings that fail to comply with all applicable Local Rules may be stricken or summarily denied without further notice.

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -