**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEXANDER LEISTER,

    Plaintiff,

v.                                                 Case No:   6:24-cv-511-WWB-LHP

LEGAL ACTION BUREAU, INC.,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST LEGAL ACTION BUREAU, INC. (Doc. No. 17)**
>
> **FILED:** **July 25, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff seeks Clerk's default against Defendant Legal Action Bureau, Inc., stating that Defendant was served on June 27, 2024, but has failed to appear or otherwise defend. Doc. Nos. 16–17; Fed. R. Civ. P. 55(a). Upon review, however,

the motion fails to adequately address, with citation to legal authority, that service of process on Defendant was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, Plaintiff states that service was made at Defendant's principal address by serving an office manager named "Judy" who refused to provide her last name. Doc. No. 16, at 2; Doc. No. 17. Plaintiff relies solely on Federal Rule of Civil Procedure 4(h)(1)(B) for the propriety of service, but Plaintiff provides no legal authority demonstrating that service on an office manager would suffice under that Rule. *Cf. Matero v. Digital Ink Americas LLC*, No. 6:22-cv-1606-CEM-LHP, 2023 WL 2527046, at *1 (M.D. Fla. Mar. 15, 2023) (denying without prejudice Clerk's default under Rule 4(h)(1)(B), where service was made on an office manager of LLC); *Hess Corp. v. Fla.-Georgia Trucking, Inc.*, No. 3:08-cv-883-J-34TEM, 2009 WL 248236, at *2 (M.D. Fla. Jan. 30, 2009) ("[A] position as office manager does not fit in any of the categories prescribed by Fed. R. Civ. P. 4(h)(1)(B).").

Accordingly, Plaintiff's Motion (Doc. No. 17) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include citation to legal authority establishing that service of process on Defendant was proper under applicable law.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties