# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALEXANDER LEISTER,

      Plaintiff,

v.                                                               Case No:   6:24-cv-511-WWB-LHP

LEGAL ACTION BUREAU, INC.,

      Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO QUASH SERVICE (Doc. No. 19)**
>
> **FILED:** August 8, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of Plaintiff's Motion to Quash Service (Doc. No. 19), the June 27, 2024 Verified Return of Service (Doc. No. 16) is hereby **STRICKEN**. It is **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Order to properly effect service on Defendant and file proof thereof.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties